FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0687

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 23-0687

BRADLEY C. WORKMAN AND
KAREN M. WORKMAN,

       Appellants,

    vs.

BRIAN KENNETH STAINTHORPE,
       Appellees.

**ORDER**

Upon consideration of Appellant's Motion to Stay Appeal, and good cause appearing,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED, this appeal is STAYED, pending a final judgment in district court. The Appellant shall notify this Court within 10 days of the final judgment being entered, and the Appellant's opening brief will be due 30 days thereafter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024